## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM D. HAMBY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-cv-00629 |
| | ) | Judge Trauger |
| MOLLY O'TOOLE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On August 2, 2017, the magistrate judge issued a Report and Recommendation

(DE #113), to which no timely objections have been filed.  The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For

the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment

filed by defendant Molly O'Toole (Docket No. 106) is GRANTED, and all claims against this

defendant are DISMISSED.

This case is returned to the Magistrate Judge for further handling under the original

referral order.

It is so **ORDERED.**

Enter this 27th day of August 2018.

_____

ALETA A. TRAUGER
U.S. District Judge