# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM D. HAMBY, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:17-cv-00629 |
| | ) Judge Trauger |
| MOLLY O'TOOLE, ET AL., | ) |
| Defendants. | ) |

## O R D E R

On September 13, 2018, the magistrate judge issued a Report and Recommendation (DE #118), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 16th day of October 2018.

_____
ALETA A. TRAUGER
U.S. District Judge